IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CV-12-00981-PHX-ROS |
| Plaintiff, | **ORDER** |
| vs. | |
| Maricopa County, Arizona; et al., | |
| Defendants. | |

Pending before the Court is a motion for clarification (Doc. 14) and a motion to set time (Doc. 16).

**IT IS ORDERED** the motion for clarification **(Doc. 14)** is **GRANTED IN PART AND DENIED IN PART.** No later than **June 7, 2012**, Movant shall file a reply in support of his motion to intervene. Defendants shall not file a response to the motion to intervene unless ordered by the Court.

**IT IS FURTHER ORDERED** the motion to set time **(Doc. 16)** is **GRANTED**. Defendants Joseph M. Arpaio and Maricopa County Sheriff's Office shall have until **June 8, 2012** to file a responsive pleading to Plaintiff's Complaint.

DATED this 1st day of June, 2012.

Roslyn O. Silver
Chief United States District Judge