THIS DOCUMENT IS **NOT** IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE  CIVLR 5.4, 7.1(a)(1)
(Rule Number/Section)

FILED ___ LODGED
___ RECEIVED ___ COPY
JUN 1 1 2012
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES OF AMERICA,
PLAINTIFF

CASE NO. **2:12-cv-00981-ROS**

V.

MARICOPA COUNTY, ET AL,
DEFENDANTS

JONATHAN LEE RICHES,
MOVANT

## MOTION FOR RULE 11 SANCTIONS AGAINST INTERVENOR SCOTT HUMINSKI

## RESPONSE IN OPPOSITION TO THE USA'S MOTION OPPOSING SCOTT HUMINSKI'S INTERVENTION

COMES NOW, JONATHAN LEE RICHES WITH 2 MOTIONS IN THIS COURT, JONATHAN LEE RICHES PRAYS THIS COURT WILL GRANT BOTH MOTIONS FOR RELIEF.

JONATHAN LEE RICHES MOVES FOR RULE 11 SANCTIONS AGAINST THE INTERVENOR SCOTT HUMINSKI, BECAUSE LIKE THE GOVT SAID IN THEIR RESPONSE IN OPPOSITION, DOCUMENT 15, HUMINSKI'S INTERVENTION BEARS NO FACTUAL OR LEGAL RELATION TO THE CLAIMS AT ISSUE IN THIS LITIAGTION, UNLIKE MY CLAIMS THAT BEARS FRUIT.
FURTHER, I HAVE NEWLY DISCOVERED EVIDENCE THAT SCOTT HUMINSKI IS A BIG TIME LIAR, BECAUSE SCOTT HAS BEEN SENDING ME MESSAGES ON MY GINO ROMANO FACEBOOK PAGE BEGGNG ME TO ENCOURAGE THE JONATHAN LEE RICHES FOLLOWERS IN THE WORLD TO ALSO INTERVENE IN THIS CASE TO EXPRESS THEIR VIEWS ON IMMIGRATION, AND SCOTT HUMINSKI TOLD ME PERSONALLY THAT HIS SO CALLED ABUSE FROM JUSTIN NELSON WAS ALL MADE UP AND HE HAS BEEN LITIGATING IN THIS CASE AND AGAINST NELSON & SHERIFF JOE ONLY FOR SELF PROMOTION AND SCOTT WAS TAKEN OFF HIS MEDS , AND WANTS THIS COURT TO THINK HE IS CRAZY TO GET IT FEDERALLY DOCUMENTED SO HE CAN JUSTIFY BEING FREELY MEDICATED BY THE STATE OF ARIZONA ON THE TAX PAYERS EXPENSE.I HAVE THESE FACEBOOK MESSAGES SAVED, THESE LIES WARRANT RULE 11 SANCTIONS IN THE FORM OF MONETARY PENALTIES AGAINST SCOTT, SO PLEASE BEAM HIM UP WITH FINES.

I OPPOSE THE USA'S OPPOSITION TO SCOTT HUMINSKI'S INTERVENTION ON THE GROUNDS THAT THE USA HAS NO RIGHT TO OPPOSE A US CITIZEN THE 1ST AMENDMENT RIGHT TO FREE SPEECH, I PERSONALLY OPPOSE THE USA BRINGING THIS LAWSUIT AGAINST MARICOPA COUNTY AND JOE THE SHERIFF IN THE FIRST PLACE. THE DEPT. OF JUSTICE CIVIL RIGHTS DIVISION EMPLOYEES BRINGING THIS SUIT ARE ONLY TRYING TO MAKE A NAME FOR THEMSELVES BY FILING THIS SUIT, WHEN THEY SHOULD BE FOCUSING THEIR TIME AND CIVIL RIGHTS ABUSES TOWARD CORRUPTION , FRAUD, AND TORTURE THATS OCCURING INSIDE THE FEDERAL BUREAU OF PRISONS. INMATES HUMAN RIGHTS ARE BEING VIOLATED DAILY. FEDERAL SENTENCING GUIDELINES ARE UNCONSTITUTIONAL. I WAS HELD IN SOLITARY CONFINEMENT FOR YEARS, SUBJECTED TO COLD 54 DEGREE ROOMS WITH A T-SHIRT, PAIR OF BOXERS, 1 PAIR OF SOCKS ONLY, AND 1 BLANKET, 1 SHEET , NO PILLOW, FED THROUGH A FOOD SLOT DOOR LIKE A DOG, WITH COLD FOOD DAILY, LUKE WARM SHOWER WATER, WINDOWS THAT ARE FROSTED WHERE YOU CANT SEE OUT. NON STOP CONSTANT SCREAMING FROM OTHER INMATES, YOU ONLY GET 1 PHONE CALL ONCE A MONTH, LIGHTS STAY ON 24 HR'S A DAY, AND YOU ONLY GET TO COME OUT YOUR ROOM 1 HR A DAY 5 DAYS A WEEK FOR RECREATION IN ANOTHER CAGE THE SIZE OF THE ROOM THAT YOU WERE PREVIOUSLY IN, THIS TREATMENT IS BARBARIC AND VIOLATES MYSELF AND INMATES CIVIL RIGHTS.... THEN WHEN I GOT OUT OF PRISON, I WENT ON FACEBOOK AND PUT FMC LEXINGTON IN THE SEARCH AND CAME UP WITH NUMEROUS FMC LEXINGTON GUARDS, STAFF, PSYCHS, ETC. WHO ALL HAVE FACEBOOK PAGES PUTTING THEM AND THEIR FAMILY OUT THERE FOR FORMER INMATES TO SEE THEIR FAMLIES PICTURES, THEN YOU WILL ALSO SEE THE STAFF FACEBOOK FRIENDING EACH OTHER, WHICH MEANS MAJOR CONFLICTS OF INTEREST FOR INMATES CURRENTLY AT FMC LEXINGTON WHEN IT COMES TO THE DISCIPLINARY PROCESS IF THEY GET PRISON INCIDENT REPORTS BECAUSE ITS IMPOSSIBLE FOR A INMATE TO GET A FAIR UNBIAS UDC/ DHO HEARING BECAUSE THE STAFF IS INTERCONNECTED, AND I MOVE THAT THIS BE LOOKED INTO, AT LEAST I'M ON THE RECORD.. GO TO FACEBOOK AND PUT IN ANY FEDERAL PRISON AND YOU WILL SEE THE SAME GOING ON IN EVERY FEDERAL PRISON , SO HOW MANY INMATES ARE AFFECTED BY THIS CONFLICT OF INTEREST. FOR ME, IN JAN 2011 I RECIEVED A INCIDENT REPORT FOR DISOBEYING A ORDER, THE INCIDENT REPORT WAS WRITTEN BY SIS WAINSCOTT WHICH WAS BASED OFF A COMPLAINT FROM BOP ATTORNEY JOE TANG AT FMC LEXINGTON AND MY INCIDENT REPORT WAS HEARD AT A HEARING CONDUCTED BY COUNSLER HALL & CASE MANAGER STRALEY, WHERE I HAD A STAFF REPRESENTITIVE MR. DIABIASE, WHERE I WAS EVENTUALLY FOUND GUILTY AND 41 GOOD DAYS WERE TAKEN AWAY, BUT I GO ON FACEBOOK AND ALL OF THEM ARE FACE BOOK FRIENDS, I DID NOT GET A FAIR HEARING! HOW MANY OTHER INMATES ARE SUFFERING FROM THIS WITHOUT THEM KNOWING?
I PRAY THIS COURT WILL GIVE ME RELIEF AND THE RIGHT TO BE HEARD!

RESPECTFULLY,   _____ 6-8-12

JONATHAN LEE RICHES

## CERTIFICATE OF SERVICE

I CERTIFY THAT THE FOLLOWING FOREGOING MOTION WAS SENT TO THE FOLLOWING PARTIES ON 6/8/2012 VIA THE UNITED STATES POSTAL SERVICE TO:

**William R Jones, Jr.**
Jones Skelton & Hochuli PLC
2901 N Central Ave., Ste. 800
Phoenix, AZ 85012
602-263-1700
602-200-7801 (fax)

**Joel E Connolly**
Winston & Strawn LLP - Chicago, IL
35 W Wacker Dr., 41st Fl.
Chicago, IL 60601
312-558-5600
312-558-5700 (fax)

**Edward G Caspar**
**Winsome Gayle**
**Jennifer Larissa Mondino**
**Sergio Perez**
US Dept of Justice - Civil Rights (Pen Ave)
950 Pennsylvania Ave. NW, Rm. 4037
Washington, DC 20530-0001

RESPECTFULLY, _____ 6-8-12

JONATHAN LEE RICHES
143 ROEBLING ST
SUITE 5
BROOKLYN, NY 11211

JONATHAN LEE RICHES
143 ROEBLING ST
SUITE 5
BROOKLYN, NY 11211

Jonathan Lee Riches
143 Roebling St.
Suite S
Brooklyn, NY 11211

SOUTHEASTERN PA 193

08 JUN 2012 PM 5 L



RECEIVED
JUN 11 2012
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

United States District Court
District of Arizona
Clerk of Court
Sandra Day O'Connor U.S. Courthouse
401 W. Washington St.
Phoenix, Arizona 85003