IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No.CV12-00981-PHX-ROS |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Maricopa County, Arizona, et al., ) | |
| Defendants. ) | |

The Court has considered the United States' Unopposed Motion for an Extension of Time to Respond to Defendant Maricopa County's Motion to Dismiss (Doc. 39). Good cause appearing,

IT IS ORDERED the motion is GRANTED and the United States shall have to and including July 13, 2012 to file its response.

DATED this 27th day of June, 2012.

_____
Roslyn O. Silver
Chief United States District Judge