# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | NO. CV12-00981-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Maricopa County, Arizona; Maricopa County Sheriff's Office; and Joseph M. Arpaio, in his official capacity as Sheriff of Maricopa County, Arizona, | |
| Defendants. | |

The Court having considered Defendants' Motion to Extend Time to File Reply in Support of Motion to Dismiss (Doc. 41), and for good cause appearing,

**IT IS ORDERED** the motion is **GRANTED** and the deadline for Defendants Joseph M. Arpaio and Maricopa County Sheriff's Office to file their reply is extended to July 13, 2012.

Dated this 28th day of June, 2012.

Roslyn O. Silver
Chief United States District Judge