Roy L. Austin, Jr. (CA Bar #211491)
 Deputy Assistant Attorney General
Jonathan M. Smith (DC Bar #396578)
Edward G. Caspar (MA Bar #650566)
Sergio Perez (CA Bar #274798)
Jennifer L. Mondino (NY Bar #4141636)
U.S. Department of Justice, Civil Rights Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Attorneys for the United States

# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>      v.<br><br>Maricopa County, Arizona; and Joseph M. Arpaio, in his official capacity as Sheriff of Maricopa County, Arizona,<br><br>      Defendants. | No. 2:12-cv-00981-ROS<br><br>**UNITED STATES' NOTICE OF SERVICE OF FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT MARICOPA COUNTY** |

Please take notice that on April 30, 2013, the United States sent to counsel of record by Federal Express its First Set of Interrogatories and its First Set of Requests for Production of Documents and Things to Defendant Maricopa County.

Respectfully submitted,

Roy L. Austin, Jr.
Deputy Assistant Attorney General

 /s/ Edward G. Caspar
Jonathan M. Smith (DC Bar #396578)
Edward G. Caspar (MA Bar #650566)
Sergio Perez (CA Bar #274798)
Jennifer L. Mondino (NY Bar #4141636)
U.S. Department of Justice, Civil Rights Division

950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Tel. (202) 514-2000/Fax (202) 514-6273
Sergio.perez@usdoj.gov

Attorneys for the United States

CERTIFICATE OF SERVICE

I certify that on or about May 1, 2013, I used the Court's CM/ECF system to serve a true and correct copy of the foregoing filing on counsel of record.

/s/ *Edward G. Caspar*
EDWARD G. CASPAR