Roy L. Austin, Jr. (CA Bar #211491)
  Deputy Assistant Attorney General
Jonathan M. Smith (DC Bar #396578)
Edward G. Caspar (MA Bar #650566)
Sergio Perez (CA Bar #274798)
Jennifer L. Mondino (NY Bar #4141636)
Paul Killebrew (LA Bar #32176)
U.S. Department of Justice, Civil Rights Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Maricopa County, Arizona; and Joseph M. Arpaio, in his official capacity as Sheriff of Maricopa County, Arizona,<br><br>    Defendants. | No. 2:12-cv-00981-ROS<br><br>**FIRST NOTICE OF DISCOVERY AND SETTLEMENT** |

Pursuant to the Court's January 30, 2013 Scheduling Order, the parties submit this First Notice of Discovery and Settlement to apprise the Court of the status of discovery and settlement negotiations.

The United States and Sheriff Joseph Arpaio served their initial disclosures on February 8, 2013. Maricopa County served its initial disclosures on February 15, 2013. Sheriff Arpaio served its First Supplemental Disclosures Statement on April 2, 2013. The United States served its First Set of Interrogatories and Requests for Production to Sheriff Arpaio on April 13, 2013. The United States served its First Set of Interrogatories and Requests for Production to Maricopa County on April 30, 2013. Counsel for the United States and Sheriff Arpaio agreed on May 21, 2013 to a three-week extension for

Sheriff Arpaio's response to the United States' first discovery requests, with rolling responses in the interim as information becomes available.  Counsel for the United States and the County agreed on May 22, 2013, to extend the time for the County's discovery responses to June 18, 2013.

Before the United States filed its Complaint in May 2013, Counsel for the United States, Sheriff Arpaio, and the County conferred between December 2011 and April 2012 in an effort to reach a mutually agreeable resolution to the United States' concerns in this matter.  The parties were unable to reach an agreement.  Since the Rule 26(f) meetings in December, the parties have continued to confer about the possibility of settling the claims raised in the United States' Complaint, but have not reached an agreement.

Respectfully submitted,

Roy L. Austin, Jr.
Deputy Assistant Attorney General

 */s/ Edward G. Caspar*
Jonathan M. Smith (DC Bar #396578)
Edward G. Caspar (MA Bar #650566)
Sergio Perez (CA Bar #274798)
Jennifer L. Mondino (NY Bar #4141636)
U.S. Department of Justice, Civil Rights Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Tel. (202) 514-2000/Fax (202) 514-6273
edward.g.caspar@usdoj.gov
ATTORNEYS FOR THE UNITED STATES


 */s/ J. Erik Connolly*
Dan K. Webb (admitted pro hac vice)
J. Erik Connolly (admitted pro hac vice)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
dwebb@winston.com
econnolly@winston.com
Phone: 312/558-5600

2

Facsimile: 312/558-5700

Richard K. Walker (SBN 004159)
WALKER & PESKIND, PLLC
16100 N. 71st Street, Suite 140
Scottsdale, Arizona 85254-2236
rkw@azlawpartner.com
Phone: 480/483-6336
Facsimile: 480/483-6337
ATTORNEYS FOR MARICOPA COUNTY

 */s/ John T. Masterson*
William R. Jones, Jr., Bar #001481
John T. Masterson, Bar #007447
Joseph J. Popolizio, Bar #017434
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1700
Fax: (602) 200-7801
wjones@jshfirm.com
jmasterson@jshfirm.com
jpopolizio@jshfirm.com
ATTORNEYS FOR SHERIFF JOSEPH M. ARPAIO

CERTIFICATE OF SERVICE

I certify that on or about June 3, 2013, I used the Court's CM/ECF system to serve a true and correct copy of the foregoing on counsel of record.

 */s/ Edward G. Caspar*
EDWARD G. CASPAR

3