Roy L. Austin, Jr. (CA Bar #211491)
  Deputy Assistant Attorney General
Jonathan M. Smith (DC Bar #396578)
Edward G. Caspar (MA Bar #650566)
Sergio Perez (CA Bar #274798)
Jennifer L. Mondino (NY Bar #4141636)
Paul Killebrew (LA Bar #32176)
U.S. Department of Justice, Civil Rights Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Maricopa County, Arizona; and Joseph M. Arpaio, in his official capacity as Sheriff of Maricopa County, Arizona,<br><br>　　　　Defendants. | No. 2:12-cv-00981-ROS<br><br>**UNITED STATES' NOTICE OF FILING A STATEMENT OF INTEREST IN A RELATED CASE** |

On May 24, 2013, in the case of <u>Manuel de Jesus Ortega Melendres v. Joseph M. Arpaio</u>, No. 2:07cv2513, the court issued its Findings of Fact and Conclusions of Law. The court found that Defendant Arpaio has engaged in systemic intentional discrimination against Latino motorists in violation of the Fourteenth Amendment, and that he enforced a policy, in violation of the Fourth Amendment, of detaining Latino motorists because of their race and without probable cause or reasonable suspicion that they had engaged in any criminal activity.  <u>See</u> Findings of Fact and Conclusions of Law, <u>Manuel de Jesus Ortega Melendres v. Joseph M. Arpaio</u>, No. 2:07cv2513 (D. Ariz. May 24, 2013) (attached hereto as Ex. A).

In this case, the United States seeks relief from Sheriff Arpaio for patterns or practices of constitutional violations including widespread discrimination in policing activities such as traffic stops, workplace enforcement operations, and jail operations; systemic violations of persons' rights under the Fourth Amendment, including during traffic stops and workplace enforcement operations; and retaliation against critics of Arpaio in violation of the First Amendment. The United States' claims in this case encompass, but are broader than, the unconstitutional conduct the court found in <u>Melendres</u> concerning MCSO's immigration-enforcement-related traffic stops.

The court in <u>Melendres</u> currently is considering the shape and scope of appropriate relief. Because of its broad interest in ensuring that identified unconstitutional police conduct is adequately remedied, and its interest in the United States' own case against Sheriff Arpaio, the United States has filed the attached Statement of Interest with the court in <u>Melendres</u>. <u>See</u> Exhibit B. As noted therein, the United States would welcome the opportunity to participate more directly with the parties to that suit in negotiations aimed at reaching an agreement on the form of appropriate relief. The United States believes that such talks appropriately could address the possibility of a global settlement of both cases. Such an agreement would be in the interests of all of the parties, the Court, and the people of Maricopa County.

Respectfully submitted,

Roy L. Austin, Jr.
Deputy Assistant Attorney General

 */s/ Edward G. Caspar*
Jonathan M. Smith (DC Bar #396578)
Edward G. Caspar (MA Bar #650566)
Sergio Perez (CA Bar #274798)
Jennifer L. Mondino (NY Bar #4141636)
Paul Killebrew (LA Bar #32176)
U.S. Department of Justice, Civil Rights Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Tel. (202) 514-2000/Fax (202) 514-6273

Sergio.perez@usdoj.gov

Attorneys for the United States

### CERTIFICATE OF SERVICE

I certify that on or about May 13, 2013, I used the Court's CM/ECF system to serve a true and correct copy of the foregoing filing on counsel of record.

 /s/ *Edward G. Caspar*
EDWARD G. CASPAR