1   William R. Jones, Jr., Bar #001481
    John T. Masterson, Bar #007447
2   Joseph J. Popolizio, Bar #017434
    JONES, SKELTON & HOCHULI, P.L.C.
3   2901 North Central Avenue, Suite 800
    Phoenix, Arizona  85012
4   Telephone:  (602) 263-1700
    Fax:  (602) 200-7801
5   wjones@jshfirm.com
    jmasterson@jshfirm.com
6   jpopolizio@jshfirm.com

7   Attorneys for Defendants Maricopa County
    Sheriff's Office and Joseph M. Arpaio

8

9                 **UNITED STATES DISTRICT COURT**

10                      **DISTRICT OF ARIZONA**

11  United States of America,              NO. CV12-00981-PHX-ROS

12                         Plaintiff,      **DEFENDANT SHERIFF JOSEPH**
                                           **M. ARPAIO'S NOTICE OF**
13         v.                              **SERVICE OF DISCOVERY**
                                           **RESPONSES**
14  Maricopa County, Arizona; Maricopa County
    Sheriff's Office; and Joseph M. Arpaio, in his
15  official capacity as Sheriff of Maricopa
    County, Arizona,
16
                           Defendants.
17

18          NOTICE IS HEREBY GIVEN that, pursuant to the agreement between the

19  United States and Defendant Joseph M. Arpaio, in his official capacity as Sheriff of

20  Maricopa County, Arizona, Defendant Arpaio served a Second Supplemental Response to

21  the United States' First Set of Requests for Production of Documents and Things to

22  Defendant Joseph M. Arpaio via first class mail on this date.  Specifically, Defendant

23  Arpaio served Supplemental Responses to Requests Nos. 23, 24, and 25.

24

25

26

27

28
    3260020.1
    7/3/13

1    DATED this 3rd day of July 2013.

2                                        JONES, SKELTON & HOCHULI, P.L.C.

3                                        By /s/ Joseph J. Popolizio
                                             William R. Jones, Jr.
4                                            John T. Masterson
                                             Joseph J. Popolizio
5                                            2901 North Central Avenue, Suite 800
                                             Phoenix, Arizona 85012
6                                            Attorneys for Defendants Maricopa County
                                             Sheriff's Office and Joseph M. Arpaio
7

8    ORIGINAL electronically filed
     this 3rd day of July, 2013.
9

10   COPY e-mailed
     this 3rd day of July, 2013, to:
11

12   Chief Judge Roslyn O. Silver
     United States District Court
     Sandra Day O'Connor U.S. Courthouse
13   401 West Washington Street, SPC 59, Suite 624
     Phoenix, AZ 85003-2158
14   602-322-7520

15   Edward Caspar, Deputy Assistant Attorney General
     U.S. Department of Justice, Civil Rights Division
16   950 Pennsylvania Avenue, N.W.
     Washington, DC 20530
17   Attorneys for United States

18   Thomas E. Perez
     Roy L. Austin
19   U.S. Department of Justice
     Civil Rights Division
20   950 Pennsylvania Avenue, NW
     Washington, DC 20530
21

22   Richard K. Walker
     Robert L. Dysart
     Walker & Peskind, PLLC
23   16100 North 71st Street, Suite 140
     Scottsdale, AZ 85254
24   Attorneys for Maricopa County, Arizona

25

26

27

28
     3260020.1                            2
     7/3/13

1   Dan K. Webb
    J. Erik Connolly
2   Winston & Strawn, LLP
    35 West Wacker Drive
3   Chicago, IL 60601
    Attorneys for Maricopa County, Arizona
4

5   /s/ Sruti Patel

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28