1  William R. Jones, Jr., Bar #001481
   John T. Masterson, Bar #007447
2  Joseph J. Popolizio, Bar #017434
   JONES, SKELTON & HOCHULI, P.L.C.
3  2901 North Central Avenue, Suite 800
   Phoenix, Arizona  85012
4  Telephone:  (602) 263-1700
   Fax:  (602) 200-7801
5  wjones@jshfirm.com
   jmasterson@jshfirm.com
6  jpopolizio@jshfirm.com

7  Attorneys for Defendants Maricopa County
   Sheriff's Office and Joseph M. Arpaio

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| United States of America, | NO. CV12-00981-PHX-ROS |
|---|---|
| Plaintiff, | **NOTICE REGARDING DEFENDANT ARPAIO'S DISCOVERY PRODUCTION PURSUANT TO THE COURT'S JULY 22, 2013 ORDER** |
| v. | |
| Maricopa County, Arizona; Maricopa County Sheriff's Office; and Joseph M. Arpaio, in his official capacity as Sheriff of Maricopa County, Arizona, | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that Defendant Arpaio's proposed discovery response deadline has been provided to Plaintiff, United States of America, pursuant to the Court's July 22, 2013 Order regarding same.

DATED this 24th day of July, 2013.

JONES, SKELTON & HOCHULI, P.L.C.

By  *s/John T. Masterson*
    William R. Jones, Jr.
    John T. Masterson
    Joseph J. Popolizio
    2901 North Central Avenue, Suite 800
    Phoenix, Arizona  85012
    Attorneys for Defendants Maricopa County
    Sheriff's Office and Joseph M. Arpaio

3282671.1
7/24/13

1  ORIGINAL electronically filed
2  this 24th day of July, 2013.

3  COPY mailed/e-mailed
   this 24th day of July, 2013, to:

4  Chief Judge Roslyn O. Silver
5  United States District Court
   Sandra Day O'Connor U.S. Courthouse
6  401 West Washington Street, SPC 59
   Suite 624
7  Phoenix, AZ  85003-2158
   602-322-7520

8  Edward Caspar, Deputy Assistant Attorney General
9  U.S. Department of Justice
   Civil Rights Division, Special Litigation Section
10 601 D. Street, NW
   Suite 5200
11 Washington, DC  20004
   Attorneys for United States

12 Thomas E. Perez
13 Roy L. Austin
   U.S. Department of Justice
14 Civil Rights Division
   950 Pennsylvania Avenue, NW
15 Washington, DC  20530

16 Richard K. Walker
   Roger S. Owers
17 Walker & Peskind, PLLC
   16100 North 71st Street, Suite 140
18 Scottsdale, AZ 85254
   Attorneys for Maricopa County, Arizona

19 Dan K. Webb
20 J. Erik Connolly
   Winston & Strawn, LLP
21 35 West Wacker Drive
   Chicago, IL 60601
22 Attorneys for Maricopa County, Arizona

23 s/Gwen Coon

3282671.1
7/24/13

2