Richard K. Walker, SBN 004159
Roger S. Owers, SBN 022965
**WALKER & PESKIND, PLLC**
16100 N. 71st Street, Suite 140
Scottsdale, Arizona 85254-2236
rkw@azlawpartner.com
rso@azlawpartner.com
Phone: (480) 483-6336
Facsimile: (480) 483-6337

Dan K. Webb (admitted pro hac vice)
J. Erik Connolly (admitted pro hac vice)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
dwebb@winston.com
econnolly@winston.com
Phone: 312/558-5600
Facsimile: 312/558-5700

*Counsel for Defendant Maricopa County, Arizona*

IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>  vs.<br><br>Maricopa County, Arizona; Maricopa County Sheriff's Office; and Joseph M. Arpaio, in his official capacity as Sheriff of Maricopa County, Arizona,<br><br>              Defendants. | **CASE NO.: 2:12-cv-00981-ROS**<br><br>**NOTICE OF SERVICE OF DEFENDANT MARICOPA COUNTY'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS**<br><br>[Assigned to Chief Judge Roslyn O. Silver] |

Notice is hereby given that on July 26, 2013, counsel for Defendant Maricopa County, Arizona ("County"), served via US Mail upon counsel for Plaintiff United States of America and counsel for Defendant Sheriff Joseph M. Arpaio, the County's supplemental responses to the following discovery requests:

1. Plaintiff's First Set of Requests for Production of Documents and Things to Defendant Maricopa County.

RESPECTFULLY SUBMITTED this 26th day of July, 2013.

WALKER & PESKIND, PLLC

By:/s/ Richard K. Walker
  Richard K. Walker
  Roger S. Owers
  16100 N. 71st Street, Suite 140
  Scottsdale, Arizona 85254-2236

WINSTON & STRAWN, LLP

By:/s/ Dan K. Webb
  Dan K. Webb (admitted pro hac vice)
  J. Erik Connolly (admitted pro hac vice)
  35 West Wacker Drive
  Chicago, IL 60601

  *Attorneys for Defendant Maricopa County, Arizona*

NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2013, I electronically filed the foregoing with the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all parties of record.

/s/ Michelle Giordano