Richard K. Walker, SBN 004159
Roger S. Owers, SBN 022965
**WALKER & PESKIND, PLLC**
16100 N. 71st Street, Suite 140
Scottsdale, Arizona 85254-2236
rkw@azlawpartner.com
rso@azlawpartner.com
Phone: (480) 483-6336
Facsimile: (480) 483-6337

Dan K. Webb (admitted pro hac vice)
J. Erik Connolly (admitted pro hac vice)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
dwebb@winston.com
econnolly@winston.com
Phone: 312/558-5600
Facsimile: 312/558-5700

*Counsel for Defendant Maricopa County, Arizona*

IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>vs.<br><br>Maricopa County, Arizona; Maricopa County Sheriff's Office; and Joseph M. Arpaio, in his official capacity as Sheriff of Maricopa County, Arizona,<br><br>            Defendants. | **CASE NO.: 2:12-cv-00981-ROS**<br><br>**NOTICE OF SERVICE OF DEFENDANT MARICOPA COUNTY'S FIRST SET OF DISCOVERY REQUESTS TO PLAINTIFF UNITED STATES OF AMERICA**<br><br>[Assigned to Chief Judge Roslyn O. Silver] |

Please take notice that on August 2, 2013, counsel for Defendant Maricopa County, Arizona ("County"), served upon counsel of record via US Mail the following:

1. Defendant Maricopa County's First Set Of Requests For Production Of Documents And Things;

2. Defendant Maricopa County's First Set Of Requests For Admissions To Plaintiff United States Of America; and

3. Defendant Maricopa County's First Set Of Interrogatories To Plaintiff United States Of America.

RESPECTFULLY SUBMITTED this 2nd day of August, 2013.

          WALKER & PESKIND, PLLC

          By: /s/ Richard K. Walker
              Richard K. Walker
              Roger S. Owers
              16100 N. 71st Street, Suite 140
              Scottsdale, Arizona 85254-2236

          WINSTON & STRAWN, LLP

          By: /s/ Dan K. Webb
              Dan K. Webb (admitted pro hac vice)
              J. Erik Connolly (admitted pro hac vice)
              35 West Wacker Drive
              Chicago, IL 60601

              *Attorneys for Defendant Maricopa County, Arizona*

**WALKER & PESKIND, PLLC**
Attorneys and Counselors
16100 North 71st Street, Suite 140
Scottsdale, AZ 85254
Telephone: (480) 483-6336

## NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2013, I electronically filed the foregoing with the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all parties of record.

/s/ Stephanie Fontaine