Roy L. Austin, Jr. (DC Bar No. 980360)
Deputy Assistant Attorney General
Jonathan M. Smith (DC Bar No. 396578)
Edward G. Caspar (MA Bar No. 650566)
Jennifer L. Mondino (NY Bar No. 4141636)
Paul Killebrew (LA Bar No. 32176)
Puneet Cheema (CA Bar No. 268677)
U.S. Department of Justice, Civil Rights Division
Special Litigation Section
601 D St. NW, Suite 5200
Washington, D.C. 20004

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　Plaintiff,<br><br>　　v.<br><br>Maricopa County, Arizona; and Joseph M. Arpaio, in his official capacity as Sheriff of Maricopa County, Arizona,<br><br>　　Defendants. | No. 2:12-cv-00981-ROS<br><br>**UNITED STATES' NOTICE OF DEPOSITIONS** |

The United States hereby provides notice of upcoming depositions of Maricopa County Sheriff's Office personnel Brian Jakowinicz, Cesar Brockman, and Joseph Sousa. On January 16, 2014, by mail and email, the United States noticed depositions of these individuals for February 4, 2014 (Mr. Jakowinicz), February 5 and 6, 2014 (Mr. Brockman), and February 7, 2014 (Mr. Sousa).

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　Roy L. Austin, Jr.
　　　　　　　　　　　　　　　　Deputy Assistant Attorney General

Jonathan Smith
Chief, Special Litigation Section


 /s/ Edward G. Caspar
Edward G. Caspar (MA Bar No. 650566)
Paul Killebrew (LA Bar No. 32176)
Jennifer L. Mondino (NY Bar No. 4141636)
Puneet Cheema (CA Bar No. 268677)
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Tel. (202) 514-2000/Fax (202) 514-6273
edward.g.caspar@usdoj.gov

ATTORNEYS FOR THE UNITED STATES

## CERTIFICATE OF SERVICE

I certify that on or about January 17, 2014, I used the Court's CM/ECF system to serve a true and correct copy of the foregoing filing on counsel of record.

 /s/ Edward G. Caspar
EDWARD G. CASPAR