Roy L. Austin, Jr. (DC Bar No. 980360)
Deputy Assistant Attorney General
Jonathan M. Smith (DC Bar No. 396578)
Edward G. Caspar (MA Bar No. 650566)
Jennifer L. Mondino (NY Bar No. 4141636)
Paul Killebrew (LA Bar No. 32176)
Puneet Cheema (CA Bar No. 268677)
U.S. Department of Justice, Civil Rights Division
Special Litigation Section
601 D St. NW, Suite 5200
Washington, D.C. 20004

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Maricopa County, Arizona; and Joseph M. Arpaio, in his official capacity as Sheriff of Maricopa County, Arizona,<br><br>    Defendants. | No. 2:12-cv-00981-ROS<br><br>**UNITED STATES' NOTICE OF DEPOSITIONS AND SERVICE OF SUBPOENA** |

The United States hereby provides notice of the upcoming depositions of former Maricopa County Sheriff's Office employee David Hendershott, which will occur on March 4, 2014, and Sheriff Joseph Arpaio, which will occur on March 11, 2014. The deposition notices, including the time, place, and means of recording the depositions, have been provided to counsel for the Defendants. A Rule 45 Subpoena commanding Mr. Hendershott's appearance at the deposition was served on January 31, 2014.

Respectfully submitted,

Roy L. Austin, Jr.
Deputy Assistant Attorney General

Jonathan Smith
Chief, Special Litigation Section


 /s/ Edward G. Caspar
Edward G. Caspar (MA Bar No. 650566)
Paul Killebrew (LA Bar No. 32176)
Jennifer L. Mondino (NY Bar No. 4141636)
Puneet Cheema (CA Bar No. 268677)
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Tel. (202) 514-2000/Fax (202) 514-6273
edward.g.caspar@usdoj.gov

ATTORNEYS FOR THE UNITED STATES

CERTIFICATE OF SERVICE

I certify that on or about February 5, 2014, I used the Court's CM/ECF system to serve a true and correct copy of the foregoing filing on counsel of record.

 /s/  Edward G. Caspar
EDWARD G. CASPAR