Roy L. Austin, Jr. (DC Bar No. 980360)
Deputy Assistant Attorney General
Jonathan M. Smith (DC Bar No. 396578)
Edward G. Caspar (MA Bar No. 650566)
Jennifer L. Mondino (NY Bar No. 4141636)
Paul Killebrew (LA Bar No. 32176)
Puneet Cheema (CA Bar No. 268677)
U.S. Department of Justice, Civil Rights Division
Special Litigation Section
601 D St. NW, Suite 5200
Washington, D.C. 20004

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Maricopa County, Arizona; and Joseph M. Arpaio, in his official capacity as Sheriff of Maricopa County, Arizona,<br><br>    Defendants. | No. 2:12-cv-00981-ROS<br><br>**UNITED STATES' NOTICE OF SERVICE OF ITS THIRD SUPPLEMENTAL RESPONSES TO DEFENDANT MARICOPA COUNTY'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS** |

The United States hereby provides notice that on February 11, 2014, it served on Defendants by overnight delivery the United States' Third Supplemental Responses to Defendant Maricopa County's First Requests for Production of Documents and Things pursuant to the Federal Rules of Civil Procedure.

                                          Respectfully submitted,

                                          Roy L. Austin, Jr.
                                          Deputy Assistant Attorney General

                                          Jonathan Smith
                                          Chief, Special Litigation Section

          /s/ Edward G. Caspar
Edward G. Caspar (MA Bar No. 650566)
Paul Killebrew (LA Bar No. 32176)
Jennifer L. Mondino (NY Bar No. 4141636)
Puneet Cheema (CA Bar No. 268677)
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Tel. (202) 514-2000/Fax (202) 514-6273
edward.g.caspar@usdoj.gov

ATTORNEYS FOR THE UNITED STATES

## CERTIFICATE OF SERVICE

I certify that on or about February 11, 2014, I used the Court's CM/ECF system to serve a true and correct copy of the foregoing filing on counsel of record.

          /s/ Edward G. Caspar
EDWARD G. CASPAR

2