Mark Kappelhoff
 Deputy Assistant Attorney General
Judy Preston (MD Bar, no numbers assigned)
Timothy D. Mygatt (DC Bar No. 1021564)
Edward G. Caspar (MA Bar No. 650566)
Jennifer L. Mondino (NY Bar No. 4141636)
Paul Killebrew (LA Bar No. 32176)
Puneet Cheema (CA Bar No. 268677)
U.S. Department of Justice, Civil Rights Division
Special Litigation Section
601 D St. NW, Suite 5200
Washington, D.C. 20004

Attorneys for the United States

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Maricopa County, Arizona; and Joseph M. Arpaio, in his official capacity as Sheriff of Maricopa County, Arizona,<br><br>    Defendants. | No. 2:12-cv-00981-ROS<br><br>NOTICE CONCERNING TRIAL DATE |

Pursuant to the Court's June 10, 2015 Order Setting Bench Trial, the United States files this notice that the parties conferred today and determined that no party has a conflict with the trial dates set by the Court.

The United States further advises that it anticipates that more than fifteen (15) days will be needed to try this case. Because the pending summary judgment motions do not address all aspects of the case, trial will be held at least on the United States' claims that defendants engaged in a pattern or practice of carrying out workplace raids in violation of the Fourth and Fourteenth Amendment. In a similar case involving allegations that the "Immigration and Naturalization Service (INS) has engaged in a pattern and practice of carrying out workplace raids in violation of the Fourth

Amendment," the court noted that trial took "four calendar months." *Pearl Meadows Mushroom Farm, Inc. v. Nelson*, 723 F. Supp. 432, 435 (N.D. Cal. 1989). The United States does not anticipate that four months would be required in this case, but submits that a just determination of the issues involved in this multiple pattern-or-practice case likely will require more than fifteen (15) days. The parties will continue to confer and, consistent with the Court's June 10, 2014 Order and model Joint Proposed Pretrial Order, advise the court of the anticipated length of trial on July 10, 2015.

                              Respectfully submitted,

                              Mark Kappelhoff
                              Deputy Assistant Attorney General
                              Civil Rights Division

                              Judy Preston
                              Acting Chief, Special Litigation Section

                              Timothy D. Mygatt
                              Special Counsel

                              /s/ Edward G. Caspar
                              Edward G. Caspar (MA Bar No. 650566)
                              Special Counsel
                              Jennifer L. Mondino (NY Bar No. 4141636)
                              Paul Killebrew (LA Bar No. 32176)
                              Puneet Cheema (CA Bar No. 268677)
                              Trial Attorneys
                              U.S. Department of Justice
                              Civil Rights Division- PHB
                              950 Pennsylvania Avenue, NW
                              Washington, D.C. 20530
                              Tel. (202) 514-2000/Fax (202) 514-6273
                              edward.g.caspar@usdoj.gov

                              ATTORNEYS FOR THE UNITED STATES