Mark Kappelhoff
 Deputy Assistant Attorney General
Judy Preston (MD Bar, no numbers assigned)
Timothy D. Mygatt (DC Bar No. 1021564)
Edward G. Caspar (MA Bar No. 650566)
Jennifer L. Mondino (NY Bar No. 4141636)
Paul Killebrew (LA Bar No. 32176)
Puneet Cheema (CA Bar No. 268677)
Matthew J. Donnelly (IL Bar No. 6281308)
U.S. Department of Justice
Civil Rights Division - PHB
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>v.<br><br>Maricopa County, Arizona; and Joseph M. Arpaio, in his official capacity as Sheriff of Maricopa County, Arizona,<br><br>  Defendants. | No. 2:12-cv-00981-ROS<br><br>**UNITED STATES' NOTICE OF SERVICE OF FOURTEENTH SUPPLEMENTAL DISCLOSURES** |

The United States hereby provides notice, as required by Local Rule 5.2, that on June 24, 2015, it served the United States' Fourteenth Supplemental Rule 26(a)(1)(A) Disclosures by email and U.S. mail on Defendants Joseph Arpaio and Maricopa County, pursuant to the Federal Rules of Civil Procedure.

Respectfully submitted,

Mark Kappelhoff
Deputy Assistant Attorney General
Civil Rights Division

Judy Preston
Acting Chief, Special Litigation Section

Timothy D. Mygatt
Special Counsel

 /s/ Edward G. Caspar
Edward G. Caspar (MA Bar No. 650566)
Special Counsel
Jennifer L. Mondino (NY Bar No. 4141636)
Paul Killebrew (LA Bar No. 32176)
Puneet Cheema (CA Bar No. 268677)
Matthew J. Donnelly (IL Bar No. 6281308)
Trial Attorneys
U.S. Department of Justice
Civil Rights Division - PHB
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Tel. (202) 514-2000/Fax (202) 514-6273
edward.g.caspar@usdoj.gov

Attorneys for the United States

## CERTIFICATE OF SERVICE

I certify that on June 25, 2015, I electronically filed the foregoing using the Court's CM/ECF System, which will send notice of the filing to counsel of record.

           /s/ Edward G. Caspar
           EDWARD G. CASPAR