# APPENDIX D
## Defendant Arpaio's Exhibit List
## U.S. v. Maricopa County, et al.

| Exhibit No. | Bates No. | Description of Exhibit | Witness |
|---|---|---|---|
| 1. | MC000139-147 | Policy DK-2, Inmate Telephone System | |
| 2. | MC000868 | Briefing Board No. 99-08 regarding Change to Policy GC-17 | |
| 3. | MC000869-873 | Policy GC-17 - Employee Disciplinary Procedure | |
| 4. | MC001059-1063 | Briefing Board No. 03-25 regarding revision of Policy GH-2 | |
| 5. | MC001064-1068 | Policy GH-2 - Internal Investigations | |
| 6. | MC001419-1429 | Human Smuggling Division Operations Manual and Cover Sheet, Current | |
| 7. | MC001445-1446 | Inmate Institutional Disciplinary Appeal Form in English and Spanish (originated in 11/10) | |
| 8. | MC001443-1444 | Inmate Grievance Form | |
| 9. | | Training for racial profiling, LEP compliance, and use of force | |

# APPENDIX D
## Defendant Arpaio's Exhibit List
## U.S. v. Maricopa County, et al.

| | | | |
|---|---|---|---|
| 10. | MC079800-079857 | Foreign Language Interpreting Services Contract, 07/01/06 – 06/30/11 | |
| 11. | MC001449 | Language Line Services Wallet Card | |
| 12. | MC001450-001659 | Language Line Services Invoices from 06/08 – Present | |
| 13. | MC079858-079940 | Updated Language Skills Roster | |
| 14. | MC083080-083087 and MC083088-083095 | Complete copies of 07/08 and 09/08 Language Line invoices | |
| 15. | MC086246-86252 | Mandatory 2008 Elective Human Trafficking | |
| 16. | MC086253-86273 | Mandatory March 2010 Human Smuggling & Federal Immigration | |
| 17. | | Arrest/Detention of Foreign National Notification Form | |
| 18. | MC086274-86298 | Mandatory April 2010 Illegal Immigration & Human Smuggling | |
| 19. | MC086299-86320 | Mandatory May 2010 Racial Profiling | |
| 20. | MC086321-86338 | Mandatory June 2010 Arizona Immigration Law | |

# APPENDIX D
## Defendant Arpaio's Exhibit List
## U.S. v. Maricopa County, et al.

| | | | |
|---|---|---|---|
| 21. | MC086358-86372 | Mandatory 2008 Core Curriculum including Human Smuggling Unit/Simpson Hearings, AZ Post Legal Update and OSHA Refresher | |
| 22. | LEP 0021-23 | AT & T Language Identification Card, 4th Edition | |
| 23. | LEP 0029-42 | Foreign Language Skills Roster | |
| 24. | LEP0044-47 | Custody Bureau Language Roster for Spanish | |
| 25. | LEP 0051-52 | Briefing Board No. 10-01, Regarding Detention Officer Foreign Language Skills Roster | |
| 26. | LEP 0305-306 | Calling card information printed in English and Spanish | |
| 27. | Melendres MCSO 000169 – 000178 | ICE Academy Lesson Plan – ICE Enforcement Operations, 11/07 | |
| 28. | Melendres MCSO 000180 – 000221 | ICE Academy Participant Workbook – Constitutional Provisions and Civil Rights, 01/08 | |
| 29. | Melendres MCSO 000223 – 000254 | ICE Academy Participant Workbook – Guidance Regarding the Use of Race by Federal Enforcement Agencies, 01/06 | |
| 30. | Melendres MCSO 000256 – 000271 | ICE Academy Participant Workbook – Introduction to Sources of Information, 11/07 | |

# APPENDIX D
## Defendant Arpaio's Exhibit List
## U.S. v. Maricopa County, et al.

| | | | |
|---|---|---|---|
| 31. | Melendres MCSO 000273 – 000361 | ICE Academy Participant Workbook – A Files, 11/07 | |
| 32. | Melendres MCSO 000362 – 000369 | Memorandum for Regional Directors Re Designation of National Security Matters, 12/18/02 | |
| 33. | Melendres MCSO 000371 – 000394 | ICE Academy Participant Workbook – Sworn Statements, 04/06 | |
| 34. | Melendres MCSO 000396 – 000416 | ICE Academy Lesson Plan – Alien Encounters, 12/07 | |
| 35. | Melendres MCSO 000465 – 000508 | ICE Academy Participant Workbook – False Claim to United States Citizenship, 08/04 | |
| 36. | Melendres MCSO 000632 – 000715 | ICE Academy Participant Workbook – Alien Processing, 08/12/04 | |
| 37. | Melendres MCSO 000798 – 000852 | ICE Academy Participant Workbook – Statutory Authority, Fall 2007 | |
| 38. | Melendres MCSO 001489 – 001490 | ICE Memorandum Re Implementation of the Interim ICE Firearms Policy and Interim ICE Use of Force Policy, 06/11/04 | |
| 39. | Melendres MCSO 001492 – 001519 | Interim ICE Use of Force Policy, 07/07/04 | |
| 40. | Melendres MCSO 001629 – 001784 | Investigations Participant Workbook, 04/02 (Draft) | |
| 41. | MCSO4938-4942 | MCSO Policy DJ-2 Inmate  Disciplinary Procedure Effective 8/8/07 | |

# APPENDIX D
## Defendant Arpaio's Exhibit List
## U.S. v. Maricopa County, et al.

| | | | |
|---|---|---|---|
| 42. | | 287(g) Reference Guide | |
| 43. | | Human Smuggling Unit (HSU) Standard Operating Procedures with revisions | |
| 44. | | Policy EB-1, Traffic Enforcement Guidelines | |
| 45. | MCSO8852-8860 | Inmate Services and Programs Course Content and Lesson Plan | |
| 46. | | ICE DRO Field Guidance for the William Wilberforce Trafficking Victims Re Authorization Act of 2008 (TVPRA) | |
| 47. | | ICE 287(g) Academy Handouts/Book Sworn Personnel | |
| 48. | MCSO9113 | Spanish Revised Customer Service Form Oct 2012 | |
| 49. | MCSO10164-10187 | Preventing Racial & Other Biased Based Profiling PowerPoint presentation 2013 | |
| 50. | MCSO10188-10191 | MCSO Policy CP-8 re Preventing Racial and Other Biased Based Profiling Effective 6/12/13 | |
| 51. | | MCSO/POST: Mandatory Training 2008 Elective-Human Trafficking (2hrs); | |

**APPENDIX D**
**Defendant Arpaio's Exhibit List**
**U.S. v. Maricopa County, et al.**

| | | | |
|---|---|---|---|
| 52. | | MCSO/POST: 2010 Mandatory Training (May) Racial Profiling (OA/C1:30/M0:38); | |
| 53. | | MCSO/POST: 2010 Mandatory Training (March) Human Smuggling & Federal Immigration Law (C1:30/M0:52) | |
| 54. | | MCSO/POST: 2010 Mandatory Training (May) Racial Profiling (SO/C1:30/M0:41) | |
| 55. | | MCSO/POST: Response to Human Trafficking (AZPOST # 07-023); | |
| 56. | | 2013 Read Me First providing layout of DVD and contents; | |
| 57. | | 2013 Responses to United States v. Arpaio document supplements various file contained on DVD and expounds upon details not provided within the data itself; | |
| 58. | | CAD database for 2010; | |
| 59. | | CAD database for 2011; | |
| 60. | | DAD database for 2012 through May 31, 2013; | |

# APPENDIX D
# Defendant Arpaio's Exhibit List
# U.S. v. Maricopa County, et al.

| | | | |
|---|---|---|---|
| 61. | | Premise Information database; | |
| 62. | | How to Read a LOGFILE document; | |
| 63. | | 2010 Logfiles- CAD daily Logfiles; | |
| 64. | | 2011 Logfiles- CAD daily Logfiles; | |
| 65. | | 2012 Logfiles- CAD daily Logfiles; | |
| 66. | | 2013 Logfiles- CAD daily Logfiles up to May 31, 2013 | |
| 67. | MCSO 014954-014960 | Operations Manual, Human Smuggling Unit Standard Operating Procedures | |
| 68. | MCSO 016219-016220 | Operations Manual, Human Smuggling Unit Standard Operating Procedures, effective date 02/19/08, revised 10/30/08 | |
| 69. | MCSO 014420-014909); | Policy EB-2, Traffic Violator Contacts and Citation Issuance; MCSO documents regarding saturation patrols and shift summaries | |
| 70. | MCSO 015359-015410 | Arizona Peace Officer Standards and Training Board Lesson Plan Cover Sheet regarding Cultural Awareness | |

# APPENDIX D
## Defendant Arpaio's Exhibit List
## U.S. v. Maricopa County, et al.

| | | | |
|---|---|---|---|
| 71. | | Policies Pertaining to Citizen Complaints | |
| 72. | MCSO1070208-1070302 | All documents relating to Ayensa Millan | |
| 73. | MCSO1070319-1070362 | All documents relating to Joel Nelson | |
| 74. | MCSO1070589-1070760 | All documents relating to Salvador Reza | |
| 75. | MCSO1070761-1070770 | All documents relating to Monica Sandschafer | |
| 76. | MCSO1070771-1072099 | All documents relating to Donald Stapley | |
| 77. | MCSO1072100 1072113-1072123-1072125-1072155 | All documents relating to Kristy Theilen | |
| 78. | MCSO1072187-1074706 | All documents relating to Mary Rose Wilcox | |
| 79. | MCSO1426947 | LEP Manager Responsibilities | |
| 80. | MCSO1426948 | LEP Inmate Weekly Statistics procedures implemented for LEP Managers | |
| 81. | MCSO1426949 | New Disciplinary Action Report-final | |

# APPENDIX D
## Defendant Arpaio's Exhibit List
## U.S. v. Maricopa County, et al.

| 82. | MCSO1433313-1433314 | Inmate Notice re: New Inmate Grievance Procedure English/Spanish | |
|---|---|---|---|
| 83. | MCSO1435084-1435085 | Inmate Visitation Form | |
| 84. | MCSO1435093-1435473 | LEP Inmate Random Interview Forms | |
| 85. | MCSO1435474-1435588 | LEP Detention Officer Random Interview Forms | |
| 86. | MCSO1435591-1435625 | Signatures for Inmates receipt of Rules and Regulations for Inmates Interviewed by the DOJ in 2014 | |
| 87. | | Maricopa County Employee Merit System Rules; | |
| 88. | | Maricopa County Law Enforcement Officers Merit System Rules | |
| 89. | MCSO1439034-1439038 | MCSO Jail Frequently Asked Questions for Families of the Incarcerated obtained from MCSO.org | |
| 90. | MCSO1439087-1439104 | MCSO Guide to LBJ Infirmary in English and Spanish | |
| 91. | MCSO1439109-1439132 | American Council on the Teaching of Foreign Languages (ACTFL) Proficiency Guidelines 2012 | |

4363907.1

# APPENDIX D
# Defendant Arpaio's Exhibit List
# U.S. v. Maricopa County, et al.

| | | | |
|---|---|---|---|
| 92. | MCSO1439133 | ACTFL Certificate Acknowledging Advanced Mid Proficiency in Speaking Spanish for MCSO Sgt. Lourdes Hernandez | |
| 93. | MCSO1439134 | ACTFL Certificate Acknowledging Intermediate High Proficiency in Speaking Spanish for MCSO Sgt. Lourdes Hernandez | |
| 94. | MCSO1439134 | ACTFL Certificate Acknowledging Intermediate High Proficiency in Speaking Spanish for MCSO Sgt. Lourdes Hernandez | |
| 95. | MCSO1440086-1440205 | Ongoing Worksite Operations produced under Protective Order: Integrity Cleaners | |
| 96. | MCSO1618367-1618369 | Worksite supplement for Integrity Cleaners Operation | |
| 97. | MCSO1619485 | Worksite supplement for Integrity Cleaners | |
| 98. | MCSO1440206-1440209 | Ongoing Worksite Operations produced under Protective Order: Supplement to Red Robin | |
| 99. | MCSO1440210-1440796 | Ongoing Worksite Operations produced under Protective Order: Ivan Lopez Identity Theft Operation | |
| 100. | MCSO1618370-1618374 | Worksite supplement for Ivan Lopez Operation | |
| 101. | MCSO1619486 | Worksite supplement for Ivan Lopez | |

# APPENDIX D
## Defendant Arpaio's Exhibit List
## U.S. v. Maricopa County, et al.

| | | | |
|---|---|---|---|
| 102. | MCSO1440797 | Ongoing Worksite Operations produced under Protective Order: Supplement to Chili's | |
| 103. | MCSO1618375-1618378 | Worksite supplement for Chili's Operation | |
| 104. | MCSO1441515-1442029 | Ongoing Worksite Operations produced under Protective Order: Supplement to Thunder Pass | |
| 105. | MCSO1618379-1618381 | Worksite supplement for Thunder Pass Operation | |
| 106. | MCSO1440042-1440085 | Ongoing Worksite Operations produced under Protective Order: Supplement to East Valley Disaster Services | |
| 107. | MCSO1618382-1618384 | Worksite supplement for East Valley Disaster Services Operation | |
| 108. | MCSO1440798-1441440 | Ongoing Worksite Operations produced under Protective Order: Maria Flores Identity Theft Operation | |
| 109. | MCSO1618512-1618551 | Worksite supplement for Maria Flores Operation | |
| 110. | MCSO1619487-1620020 | Worksite supplement for Maria Flores | |
| 111. | MCSO1439679-1440041 | Ongoing Worksite Operations produced under Protective Order: Christina Dale Identity Theft Operation | |

# APPENDIX D
## Defendant Arpaio's Exhibit List
## U.S. v. Maricopa County, et al.

| | | | |
|---|---|---|---|
| 112. | MCSO1618552-1618592 | Worksite supplement for Christina Dale Operation | |
| 113. | MCSO1620021-1620022 | Worksite supplement for Christina Dale | |
| 114. | MCSO1441441-1441514 | Ongoing Worksite Operations produced under Protective Order: 3 Palms Resort | |
| 115. | MCSO1618593-1618594 | Worksite supplement for 3 Palms Resort Operation | |
| 116. | MCSO1443133-1443507 | Ongoing Worksite Operations produced under Protective Order: Upright Commercial Janitorial | |
| 117. | MCSO1618914-1618958 | Worksite supplement for Operate Cleaning Operation | |
| 118. | MCSO1620023-1620025 | Worksite supplement for Upright Cleaning | |
| 119. | MCSO1533977-1534152 | Worksite Operation for Denny's | |
| 120. | MCSO 1550539-1550543 | Worksite Operation for Angelica Textile | |
| 121. | MCSO1618385-1618511 | Worksite Operation for McDonald's-Loretta Gonzvar | |
| 122. | MCSO1618595-1618913 | Worksite Operation for Texas Road House | |

# APPENDIX D
## Defendant Arpaio's Exhibit List
## U.S. v. Maricopa County, et al.

| 123. | MCSO1443515-1443557 | MCSO Jail Facilities LEP Inmate Statistics for December 2013 through May 2014 | |
|------|---------------------|------------------------------------------------------------------------------|---|
| 124. | MCSO1443591-1443596 | MCSO Rules and Regulation for On-Site Video Visitation for 4th Avenue Jail English and Spanish | |
| 125. | MCSO1443597-1443602 | Spanish Version of the "Information for Families of the Incarcerated" from MCSO.org | |
| 126. | MCSO1443603 | Inmate Visitation Terminal Instructions English and Spanish | |
| 127. | MCSO1443955-1444155 | Correctional Health Services (CHS) Patient Educational Sheets | |
| 128. | MCSO1619095-1619103 | Dusko  Kristic Inmate Grievance dated August 17, 2014 and booking detail records | |
| 129. | MCSO1619144-1619276 | Spreadsheet showing Detention Staff Ethnicity Breakdown | |
| 130. | MCSO1620026-1620028 | Correspondence from Enrique Melendez, Consul Honorario de El Salvador to Chief Robert Warshaw and the Honorable G. Murray Snow dated December 17, 2014 | |
| 131. | MCSO1620029 | James Contreras Certification of completed the ACTFL Oral Proficiency Interview (OPI) by the American Council on the Teaching of Foreign Languages | |
| 132. | MCSO1620039 | LEP Inmate Interview – CENTRAL INTAKE MASTER form update 1-26-15 | |

# APPENDIX D
# Defendant Arpaio's Exhibit List
# U.S. v. Maricopa County, et al.

| 133. | MCSO1620040 | LEP Officer Interview – MASTER form updated 1-26-15 | |
|------|-------------|------|--|
| 134. | MCSO1620759-1620764 | United States Marshals Service Modification to Intergovernmental Agreement #08-03-0055 with Maricopa County dated January 1, 2015 | |
| 135. | MCSO1620768 | LEP Manager Plate which will be issued for each uniformed LEP Manager as a Uniform Accessory in accordance with MCSO Policy G C-20 | |
| 136. | MCSO1652549-1652552 | MCSO Sworn Language Roster dated April 6, 2015 | |
| 137. | MCSO1652553-1652573 | MCSO Detention Language Rosters for each MCSO Detention Facility dated April 6, 2015 | |
| 138. | MCSO1652577 | MCSO Spanish Speaking Citizen's Academy Flyer April and May, 2015 | |
| 139. | MCSO1652578-1652608 | LEP Manager Manual Revised 2015 | |
| 140. | MCSO1652609-1652610 | LEP Inmate Interview Master form | |
| 141. | MCSO1652611-1652613 | Voiance Language Usage Report for April, 2015 | |
| 142. | MCSO1652614-1652616 | Voiance Language Usage Report for May, 2015 | |

4363907.1

# APPENDIX D
# Defendant Arpaio's Exhibit List
# U.S. v. Maricopa County, et al.

| | | | |
|---|---|---|---|
| 143. | MCSO1652617-1652884 | JMS Language Code by Facility Reports - MAY 2014 to JUNE 2015 | |
| 144. | MCSO1652885-1652981 | LEP Weekly Stats -MAY 2014 to JUNE 2015 | |
| 145. | MCSO1652982 | ACTFL Certificate (Speaking) - Captain Irby | |
| 146. | MCSO1652983 | ACTFL Certificate (Writing) - Captain Irby | |
| 147. | MCSO1652984 | Division LEP Manager List | |
| 148. | MCSO009123 | MCSO records regarding traffic stops | |
| 149. | MCSO011145-MCSO011176 | Jail Diversity PP 2013 | |
| 150. | MCSO011133-MCSO011144 | Jail Diversity LP 2013 | |
| 151. | MCSO011098-MCSO011100 | Jail Diversity CS 2013 | |
| 152. | MCSO011397-MCSO011478 | 6.1 Cultural Awareness NARTA | |
| 153. | MCSO011479-MCSO011527 | 6.1 Cultural Awareness | |

# APPENDIX D
## Defendant Arpaio's Exhibit List
## U.S. v. Maricopa County, et al.

| | | | |
|---|---|---|---|
| 154. | MCSO011528-MCSO011582 | 6.1 Cultural Awareness Trainers Manual | |
| 155. | MCSO016986 | The Briefing Board July 22, 2008 – Number 08-32 | |
| 156. | MCSO017005 | The Briefing Board May 28, 2013 – Number 13-40 | |
| 157. | MCSO017021 | The Briefing Board December 8, 2011 – Number 11-74 | |
| 158. | MCSO036904 | The Briefing Board June 12, 2013 – Number 13-47 | |
| 159. | MCSO036905-MCSO036912 | MCSO Policy GB-1 – Authority and Jurisdiction, effective May 30, 2013 | |
| 160. | MCSO036913-MCSO036920 | MCSO Policy GB-1 – Authority and Jurisdiction effective June 12, 2013 | |
| 161. | MCSO1285035-MCSO1285054 | GH-2, Internal Investigations | |
| 162. | MCSO1285055-MCSO1285073 | GC-17, Employee Discipline Procedure | |
| 163. | MCSO1285076 | AD Seg Request in Spanish | |
| 164. | MCSO1285082-MCSO1285083 | Bias Free Detention Services CS | |

# APPENDIX D
## Defendant Arpaio's Exhibit List
## U.S. v. Maricopa County, et al.

| | | | |
|---|---|---|---|
| 165. | MCSO1285192-MCSO1285203 | Revised Limited English Proficiency LP 2013 | |
| 166. | MCSO1285204-MCSO1285241 | Revised Limited English Proficiency PP 2013 | |
| 167. | MCSO01439040-MCSO1439059 | Civil Rights Lesson Plan | |
| 168. | MCSO1443884-MCSO1443897 | Limited English Proficiency LP | |
| 169. | MCSO1443898-MCSO1443899 | Limited English Proficiency Test Questions | |
| 170. | MCSO1443900-MCSO1443953 | Limited English Proficiency | |
| 171. | MCSO1620038 | Training Lesson Follow-Up - Message | |
| 172. | MCSO1619094-MCSO1619110 | Revised Limited English Proficiency LP revised SEP 2014 (2) | |
| 173. | MCSO1619111-MCSO1619143 | Revised Limited English Proficiency PP SEP 2014 | |
| 174. | MCSO698820-MCSO698942 | Durango Jail Inmate Headcount Roster for 7/23/13- noting LEP Designations | |
| 175. | MCSO1435086 | Voiance Language Services Usage Reports for April 2014 – July 2014 | |

# APPENDIX D
# Defendant Arpaio's Exhibit List
# U.S. v. Maricopa County, et al.

| | | | |
|---|---|---|---|
| 176. | MCSO1444156 | MCSO's Language Roster Master – Employee Attributes Report updated 8/8/2014 | |
| 177. | | MCSO's LEP Position Statement dated June 14, 2010 | |
| 178. | MCSO1432357 | MCSO Policy DI-6: Limited English Proficiency (LEP) Inmates with Effective date of 10/17/13 and Updated 5/8/14 | |
| 179. | MCSO1436318-MCSO1437636 | Exemplar Bilingual Signage posted in all six MCSO Jail Facilities | |
| 180. | MCSO1285082 | MCSO Bias Free Detention Services Training Module | |
| 181. | MCSO004895 | MCSO Inmate Classification Training Module | |
| 182. | MCSO1430324 | MCSO Cultural Awareness Training Module | |
| 183. | MCSO011098 | MCSO Jail Diversity Training Module | |
| 184. | MSCO010651 | MCSO Use of Telephone Services – Translation Training Module | |
| 185. | MSCO010828 | MCSO Spanish Phrases for Detention Training Module | |

# APPENDIX D
## Defendant Arpaio's Exhibit List
## U.S. v. Maricopa County, et al.

| | | | |
|---|---|---|---|
| 186. | MCSO1104194 | MCSO Training Notification: Basic Survival Spanish for Law Enforcement Skills | |
| 187. | MCSO011181 | MCSO Limited English Proficiency (LEP)  Lesson Plan | |
| 188. | MCSO1439133 | ACTFL Certificate for Sgt. Loredes Hernandez: Foreign Language Oral Proficiency | |
| 189. | MCSO1439134 | ACTFL Certificate for Sgt. Loredes Hernandez: Foreign Language Written Proficiency | |
| 190. | MCSO1439109-MCSO1439132 | ACTFL Certificate Proficiency Guidelines | |
| 191. | MCSO004982 | MCSO Inmate Form: Legal Request | |
| 192. | MCSO004977-MCSO004978 | MCSO Inmate Form: Grievance | |
| 193. | MCSO004983 | MCSO Inmate Form: Request- Library, Religious, Legal, Programs and Other Requests | |
| 194. | MCSO1434171-MCSO1434185 | US Department of Justice, US Marshals Service 2010 Detention Facility Investigative Reports | |
| 195. | MCSO1434186-MCSO1434229 | US Department of Justice, US Marshals Service 2011 Detention Facility Investigative Reports | |

# APPENDIX D
# Defendant Arpaio's Exhibit List
# U.S. v. Maricopa County, et al.

| 196. | MCSO1434230-MCSO1434273 | US Department of Justice, US Marshals Service 2012 Detention Facility Investigative Reports | |
|---|---|---|---|
| 197. | MCSO1434274-MCSO1434328 | US Department of Justice, US Marshals Service 2013 Detention Facility Investigative Reports | |
| 198. | MCSO010156 | CP 8 Preventing Profiling CO 2013 | |
| 199. | MCSO10335-10348 | Jail Diversity Lesson Plan and Cover Sheet 2010 | |
| 200. | MCSO10349-10369 | Jail Diversity HO PowerPoint presentation 2010 | |
| 201. | MCSO10370-10390 | Jail Diversity PowerPoint presentation 2010 | |
| 202. | MCSO10391-10405 | Jail Diversity Lesson Plan  and Cover Sheet 2011 | |
| 203. | MCSO10406-10426 | Jail Diversity HO PowerPoint presentation 2011 | |
| 204. | MCSO10427-10447 | Jail Diversity PowerPoint presentation 2011 | |
| 205. | MCSO10448 | Jail Diversity Course Content 2011 | |

# APPENDIX D
## Defendant Arpaio's Exhibit List
## U.S. v. Maricopa County, et al.

| | | | |
|---|---|---|---|
| 206. | MCSO10449-10468 | Native Photos for Jail Diversity PowerPoint presentation 2013 | |
| 207. | MCSO10469-10472 | Jail Diversity Course Content and Cover Sheet 2013 | |
| 208. | MCSO10473-10504 | Jail Diversity HO PowerPoint presentation  2013 | |
| 209. | MCSO10505-10516 | Jail Diversity Lesson Plan 2013 | |
| 210. | CSO10517-10548) | Jail Diversity PowerPoint presentation 2013 | |
| 211. | MCSO10549 | Jail Diversity Videos- YouTube 2013 | |
| 212. | MCSO10615-10622 | Preventing Profiling Course Content, Cover Sheet and Lesson Plan 2013 | |
| 213. | MCSO10623-10646 | Preventing Profiling PowerPoint presentation 2013 | |
| 214. | MCSO10647-10650 | MCSO Policy CP-8 re Preventing Racial and Other Biased-Based Profiling Effective  6/12/13 | |
| 215. | MCSO10748 | MCSO Policy DP-3 re Inmate Library Services Effective  9/23/06 | |
| 216. | MCSO10792-10807 | ELS Spanish to English Common Custody Phrases in Spanish PowerPoint presentation 2012-2013 | |

# APPENDIX D
## Defendant Arpaio's Exhibit List
## U.S. v. Maricopa County, et al.

| | | | |
|---|---|---|---|
| 217. | MCSO10808 | Common Custody Phrases in Spanish wav files used in PowerPoint presentation | |
| 218. | MCSO10809-10824 | Common Custody Phrases in Spanish PowerPoint presentation | |
| 219. | MCSO10825 | ELS Course Structure | |
| 220. | MCSO10826 | Quiz for Spanish Phrases for Detention Course | |
| 221. | MCSO10828-10831 | Cover Sheet and  Lesson Plan for Spanish Phrases for Detention 2011 | |
| 222. | MCSO10975-10988 | Jail Diversity Lesson Plan and Cover Sheet for 2011 | |
| 223. | MCSO10989-11009 | Jail Diversity HO PowerPoint presentation  for 2011 | |
| 224. | MCSO11010-11030 | Jail Diversity PowerPoint presentation  for 2011 | |
| 225. | MCSO11031 | Jail Diversity Course Content for 2011 | |
| 226. | MCSO11032-11033 | Jail Diversity Lesson Plan and Cover Sheet for 2012 | |
| 227. | MCSO11034-11054 | Jail Diversity HO PowerPoint presentation  for 2012 | |

# APPENDIX D
# Defendant Arpaio's Exhibit List
# U.S. v. Maricopa County, et al.

| | | | |
|---|---|---|---|
| 228. | MCSO11055-11075 | Jail Diversity PowerPoint presentation  for 2012 | |
| 229. | MCSO11076 | Jail Diversity Course Content for 2012 | |
| 230. | MCSO11077-11096 | Native Photos for Jail Diversity PowerPoint presentation  2013 | |
| 231. | MCSO11097-11100 | Jail Diversity Course Content and Cover Sheet 2013 | |
| 232. | MCSO11101-11032 | Jail Diversity HO PowerPoint presentation  for 2013 | |
| 233. | MCSO11033-11044 | Jail Diversity Lesson Plan  for 2013 | |
| 234. | MCSO11045-11076 | Jail Diversity PowerPoint presentation  2013 | |
| 235. | MCSO11077 | Jail Diversity Videos- YouTube 2013 | |
| 236. | MCSO11237 | Briefing Board No.  10-39 re Department of Justice Detention Facilities Investigation | |
| 237. | MCSO11346-12254 | Policies, procedures, training and guidance provided to MCSO personnel regarding racial profiling | |
| 238. | MCSO36903-36928 | Policies, procedures, training and guidance provided to MCSO personnel regarding contact with representatives of DHS, ICE or CBP occurring after termination of MCSO's 287(g) authority | |
| 239. | MCSO1426932 | Maricopa County Sheriff's Office Basic Survival Spanish for Law Enforcement Skills training bulletin | |
| 240. | MCSO1434103 | Email correspondence from Paul Killebrew to counsel for Maricopa County and the Sheriff seeking to clarify deposition testimony of witness Daniel Monge Moreno | |

# APPENDIX D
## Defendant Arpaio's Exhibit List
## U.S. v. Maricopa County, et al.

| | | | |
|---|---|---|---|
| 241. | MCSO1434104-1434119 | Memorandum of Agreement (C-50-07-058-2-00) between the United States Immigration and Customs Enforcement (ICE) and the Maricopa County Sheriff's Office (MCSO) dated February 24, 2007 | |
| 242. | MCSO1434120-1434139 | Memorandum of Agreement (C-50-10-052-3-00) between the United States Immigration and Customs Enforcement (ICE) and the Maricopa County Sheriff's Office (MCSO) dated February 24, 2007 | |
| 243. | MCSO1434140-1434330 | United States Marshals Service Detention Facility Investigative Reports conducted from 2009 through 2013 for each MCSO jail facility (4th Avenue, Durango, Estrella, Lower Buckeye, and Towers) | |
| 244. | MCSO1438994-1439013 | Sheriff's Initiative Flyer in English | |
| 245. | MCSO1439014-1439033 | Sheriff's Initiative Flyer in Spanish | |
| 246. | MCSO1443604-1443879 | Walter Kautzky expert file produced pursuant to Subpoena | |
| 247. | MCSO1619144-1619276 | Spreadsheet showing Detention Staff Ethnicity Breakdown | |
| 248. | MCSO1619427-1619468 | Supplemental Report of Walter L. Kautzky dated September 15, 2014 | |
| 249. | | Supplemental Report of Dr. Anthony Hayter dated September 15, 2014 | |

# APPENDIX D
# Defendant Arpaio's Exhibit List
# U.S. v. Maricopa County, et al.

| | | | |
|---|---|---|---|
| 250. | MCSO1619469-1619484 | PREA Grant Funding award letter dated September 2, 2014 issued by the Department of Justice for MCSO Correctional Facilities and email notification sent by MCSO personnel | |
| 251. | | Documents received pursuant to Subpoena to the West New York Police Department requesting the employment and personnel records of Richard G. Rivera | |
| 252. | | Lawsuit filed by Richard G. Rivera against the Town of West New York in the United States District Court of New Jersey *Richard Rivera v. Town of West New York, et al.,* Civil Action No. 97-3461 | |
| 253. | MCSO1620038 | Unanswered email dated July 17, 2013 from Lieut. Miceli to the Department of Justice ("ask OCR@ojp.usdoj.gov") requesting clarification related to the online training course "Office for Civil Rights – Training for Grantees", Lesson 2, "What Obligations Do Recipients of Justice Department Funding Have to Provide Services to Limited English Proficient (LEP) Persons" | |
| 254. | MCSO1620041-1620054 | MCSO Policy Revision approved by Judge Snow and the Monitor Team pursuant to the Order in *Melendres:* CP-2, Code of Conduct – revision date 09-05-14 | |
| 255. | MCSO1620055-1620059 | MCSO Policy Revision approved by Judge Snow and the Monitor Team pursuant to the Order in *Melendres:* CP-8, Preventing Racial and Other Biased-Based Profiling – revision date_09-05-14 | |

# APPENDIX D
# Defendant Arpaio's Exhibit List
# U.S. v. Maricopa County, et al.

| | | | |
|---|---|---|---|
| 256. | MCSO1620060-1620065 | MCSO Policy Revision approved by Judge Snow and the Monitor Team pursuant to the Order in *Melendres*: EA-5, Enforcement Communications – revision date_09-05-14 | |
| 257. | MCSO1620066-1620080 | MCSO Policy Revision approved by Judge Snow and the Monitor Team pursuant to the Order in *Melendres*: EA-11, Arrest Procedures – revision date 09-05-14 | |
| 258. | MCSO1620081-1620093 | MCSO Policy Revision approved by Judge Snow and the Monitor Team pursuant to the Order in *Melendres*: EB-1, Traffic Enforcement, Violator Contacts, and Citation Issuance – revision date 09-22-14 | |
| 259. | MCSO1620094-1620098 | MCSO Policy Revision approved by Judge Snow and the Monitor Team pursuant to the Order in *Melendres*: EB-2, Traffic Stop Data Collection – revision date 09-22-14 | |
| 260. | MCSO1620099-1620116 | MCSO Policy Revision approved by Judge Snow and the Monitor Team pursuant to the Order in *Melendres*: GC-17, Employee Disciplinary Procedure – revision date 09-05-14 | |
| 261. | MCSO1620117-1620135 | MCSO Policy Revision approved by Judge Snow and the Monitor Team pursuant to the Order in *Melendres*: GH-2, Internal Investigations – revision date 09-05-14 | |
| 262. | MCSO1620136-1620141 | MCSO Policy Revision approved by Judge Snow and the Monitor Team pursuant to the Order in *Melendres*: GJ-33, Significant Operations – revision date 09-05-14 | |
| 263. | MCSO1620142-1620381 | 4th and 14th Amendment Training Module approved by Judge Snow and the Monitor Team pursuant to the Order in *Melendres* | |

# APPENDIX D
# Defendant Arpaio's Exhibit List
# U.S. v. Maricopa County, et al.

| 264. | MCSO1620382-1620589 | Bias-Free Training Module approved by Judge Snow and the Monitor Team pursuant to the Order in *Melendres* | |
|---|---|---|---|
| 265. | MCSO1620590-1620625 | Blue Team Entry System for IAPro Training Module approved by Judge Snow and the Monitor Team pursuant to the Order in *Melendres* | |
| 266. | MCSO1620626 | MCSO Employee Roster showing 2014 Required Civilian Training Completed for Training Modules approved by Judge Snow and the Monitor Team pursuant to the Order in *Melendres* | |
| 267. | MCSO162027-1620723 | MCSO Training Plan Compliance Report for Posse Members for Training Modules approved by Judge Snow and the Monitor Team pursuant to the Order in *Melendres* | |
| 268. | MCSO1620724-1620726 | MCSO Training Plan Compliance Report for Reserve Members for Training Modules approved by Judge Snow and the Monitor Team pursuant to the Order in *Melendres* | |
| 269. | MCSO1620727-1620730 | MCSO Training Plan Compliance Report for Retired Reserve Members for Training Modules approved by Judge Snow and the Monitor Team pursuant to the Order in *Melendres* | |
| 270. | MCSO1620731-1620755 | MCSO Training Plan Compliance Report for Sworn Members for Training Modules approved by Judge Snow and the Monitor Team pursuant to the Order in *Melendres* | |

# APPENDIX D
# Defendant Arpaio's Exhibit List
# U.S. v. Maricopa County, et al.

| 271. | MCSO1620769-1652358 | Immigration and Customs Enforcement (ICE) documents produced to Maricopa County pursuant to subpoena issued by counsel for Maricopa County to ICE on April 4, 2014 | |
| 272. | MCSO1652359-1652520 | Additional Immigration and Customs Enforcement (ICE) documents produced to Maricopa County pursuant to subpoena issued by counsel for Maricopa County to ICE on April 4, 2014 | |
| 273. | MCSO1652578-1652608 | LEP Manager Manual Revised 2015 | |
| 274. | MCSO1652609-1652610 | LEP Inmate Interview Master form | |
| 275. | MCSO1652611-1652613 | Voiance Language Usage Report for April, 2015 | |
| 276. | MCSO1652614-1652616 | Voiance Language Usage Report for May, 2015 | |
| 277. | MCSO1652617-1652884 | JMS Language Code by Facility Reports - MAY 2014 to JUNE 2015 | |
| 278. | MCSO1652885-1652981 | LEP Weekly Stats -MAY 2014 to JUNE 2015 | |
| 279. | MCSO1652982 | ACTFL Certificate (Speaking) - Captain Irby | |
| 280. | MCSO1652983 | ACTFL Certificate (Writing) - Captain Irby | |
| 281. | MCSO1652984 | Division LEP Manager List | |

## APPENDIX D
## Defendant Arpaio's Exhibit List
## U.S. v. Maricopa County, et al.

### United States' Anticipated Objections to Defendant Arpaio's Exhibits

The United States reserves the right to object to exhibits that Defendant Arpaio did not adequately disclose pursuant to the Court's orders in this case, as set out more fully in the United States' motion in limine.  In particular, the United States objects to the following exhibits as inadequately disclosed, as their lack of any Bates numbers prevents the United States from finding and reviewing the exhibit, determining whether it was produced, or having a fair opportunity to confront that exhibit at trial:  Exhibits 9, 17, 42-44, 46-47, 51-55, 71, 87-88, 149, 21, and 223-24.

The United States also objects to each exhibit on Defendant Arpaio's list that consists of hundreds or even tens of thousands of pages, which prevents the United States from ascertaining which parts of such document collections Defendant Arpaio intends to offer. Those exhibits include, but may not be limited to, the following: Exhibits 75, 76-78, 84-85, 215, 218, and 243-44.

Because the United States received Defendant's Exhibit list only late in the evening before this Joint Proposed Pretrial Order was due, the United States has not had an opportunity to review the proposed exhibits. The United States therefore reserves the right to object to any exhibit for relevance, authenticity, and hearsay.  In particular, without limiting the exhibits subject to those objections, the United States anticipates objecting to Exhibits 220 and 221 (expert reports) for hearsay.