Mark Kappelhoff
 Deputy Assistant Attorney General
Judy Preston (MD Bar, no numbers assigned)
Timothy D. Mygatt (DC Bar No. 1021564)
Edward G. Caspar (MA Bar No. 650566)
Jennifer L. Mondino (NY Bar No. 4141636)
Paul Killebrew (LA Bar No. 32176)
Puneet Cheema (CA Bar No. 268677)
U.S. Department of Justice, Civil Rights Division
Special Litigation Section
601 D St. NW, Suite 5200
Washington, D.C. 20004

Attorneys for the United States

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>　　Plaintiff,<br><br>　　v.<br><br>Maricopa County, Arizona; and Joseph M. Arpaio, in his official capacity as Sheriff of Maricopa County, Arizona,<br><br>　　Defendants. | No. 2:12-cv-00981-ROS<br><br>NOTICE OF STIPULATION TO AMEND COMPLAINT |

　　　Please note that on July 16, 2015, the United States, Sheriff Joseph M. Arpaio, and Maricopa County, signed an agreement to resolve the United States' Fourth Claim in this case and that portion of any other claim in this case addressing discrimination in the Maricopa County Sheriff's Office jails. (See Appendix, Attachment A, Motion to Approve Settlement Agreement, ECF No. 391). In connection with that agreement, and pursuant to Rule 15(a)(2), the parties have stipulated to amend the Complaint to remove the United States' Fourth Claim and that portion of any other claim addressing discrimination in the Maricopa County Sheriff's Office jails. Accordingly, the Complaint in this action is so amended, and the parties will not further litigate the United States'

Fourth Claim or that portion of any other claim addressing discrimination in the Maricopa County Sheriff's Office jails.

Respectfully submitted,

Mark Kappelhoff
Deputy Assistant Attorney General
Civil Rights Division

Judy Preston
Acting Chief, Special Litigation Section

Timothy D. Mygatt
Special Counsel

 /s/ Edward G. Caspar
Edward G. Caspar (MA Bar No. 650566)
Special Counsel
Jennifer L. Mondino (NY Bar No. 4141636)
Paul Killebrew (LA Bar No. 32176)
Puneet Cheema (CA Bar No. 268677)
Trial Attorneys
U.S. Department of Justice
Civil Rights Division- PHB
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Tel. (202) 514-2000/Fax (202) 514-6273
edward.g.caspar@usdoj.gov

ATTORNEYS FOR THE UNITED STATES
