IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　　　Plaintiff,<br>v.<br>Maricopa County, Arizona, et al.,<br>　　　　　　Defendants. | No. CV-12-00981-PHX-ROS<br><br>**ORDER** |

　　　　Before the Court is the motion of the United States to stay the current proceedings pending a decision on the United States' motion to intervene in *Melendres v. Arpaio*, CV-07-02513-PHX-GMS. (Doc. 395). The parties are currently scheduled for trial starting August 10, 2015, and have a series of pending pretrial deadlines. To allow time to consider and rule on the motion prior to the trial date, the briefing schedule will be expedited.

　　　　Accordingly,

　　　　**IT IS ORDERED** Defendants shall respond to the United States' motion no later than Thursday, July 23, 2015. The United States shall reply no later than Monday, July 27, 2015.

/

/

/

**IT IS FURTHER ORDERED** the existing pretrial deadlines are stayed pending resolution of this motion.

Dated this 20th day of July, 2015.

                                                                         Honorable Roslyn O. Silver
                                                                         Senior United States District Judge