Richard K. Walker (SBN 004159)
Charles W. Jirauch (SBN 004219)
WALKER & PESKIND, PLLC
16100 N. 71st Street, Suite 140
Scottsdale, AZ 85254-2236
*rkw@azlawpartner.com*
*cwj@azlawpartner.com*
Phone: 480/483-6336
Facsimile: 480/483-6337

Dan K. Webb (admitted *pro hac vice*)
J. Erik Connolly (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
*dwebb@winston.com*
*econnolly@winston.com*
Phone: 312/558-5600
Facsimile: 312/558-5700

*Counsel for Defendant Maricopa County, Arizona*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>         v.<br><br>Maricopa County, Arizona; Maricopa County Sheriff's Office; and Joseph M. Arpaio, in his Official Capacity as Sheriff of Maricopa County, Arizona,<br><br>                    Defendants. | NO. CV12-00981-PHX-ROS<br><br>**NOTICE OF MARICOPA COUNTY'S POSITION WITH RESPECT TO ITS PENDING MOTION IN LIMINE**<br><br>[Assigned to Judge Roslyn O. Silver] |

Earlier today, Plaintiff the UNITED STATES of AMERICA ("Plaintiff" or the "U.S.") filed on behalf of all parties the Joint Statement Regarding Any Remaining Issues for Trial ("Joint Statement") that this Court had ordered be filed by noon today. (Doc. 389.)

Separately, the Court issued its Order of July 17, 2015 (Doc. 393) requiring that, *inter alia*, the parties file by today, July 20, 2015, "a joint report indicating that whether pending motions in limine will remain, be modified, or be withdrawn." (*Id*. at 1.) The Court's Order pertaining to the joint report specified no particular time of day by which the report regarding motions in limine were to be filed.

In a conference call early this morning, counsel for all parties discussed language to be included in the Joint Statement, but the issue of what information was to be provided to the Court regarding the pending motions in limine was not discussed. After that call and when counsel for Defendant Maricopa County ("County") was tied up in another proceeding, counsel for the U.S. and counsel for Sheriff Arpaio apparently decided to include in the Joint Statement *both* information concerning issues remaining to be tried, and their positions with respect to their respective motions in limine. Omitted, however, was any information regarding the County's pending motion in limine. This filing is to supplement the Joint Statement by providing the Court with the County's position with respect to that motion.

The County's motion in limine seeks to exclude Plaintiff from calling certain witnesses and eliciting testimony from them, in light of the failure of the U.S. to make proper and timely disclosure of those witnesses. The County is not disposed to modify or withdraw its motion in limine at this juncture. If Plaintiff does not, in fact, seek to call any of the witnesses who are the subjects of the County's motion, the matter will be moot. If, on the other hand, any attempt were to be made by the U.S. to introduce testimony from any of such witnesses, the County would respectfully request that this Court preclude Plaintiff from doing so.

RESPECTFULLY SUBMITTED, this 20th day of July, 2015.

WALKER & PESKIND, PLLC

By: /s/ Richard K. Walker
    Richard K. Walker
    Charles W. Jirauch
    16100 N. 71st Street, Suite 140
    Scottsdale, Arizona 85254-2236

WINSTON & STRAWN, LLP

By: /s/ Dan K. Webb
    Dan K. Webb (admitted pro hac vice)
    J. Erik Connolly (admitted pro hac vice)
    35 West Wacker Drive
    Chicago, IL  60601

*Counsel for Defendant Maricopa County, Arizona*

NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2015, I electronically filed Notice of Maricopa County's Position with Respect to Its Pending Motion in Limine with the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all parties of record.

/s/ Jennifer Grisham