Mark Kappelhoff
 Deputy Assistant Attorney General
Judy Preston (MD Bar, no numbers assigned)
Timothy D. Mygatt (DC Bar No. 1021564)
Edward G. Caspar (MA Bar No. 650566)
Jennifer L. Mondino (NY Bar No. 4141636)
Paul Killebrew (LA Bar No. 32176)
Puneet Cheema (CA Bar No. 268677)
Matthew J. Donnelly (IL No. 6281308)
U.S. Department of Justice, Civil Rights Division
Special Litigation Section
601 D St. NW, Suite 5200
Washington, D.C. 20004

Attorneys for the United States

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Maricopa County, Arizona; and Joseph M. Arpaio, in his official capacity as Sheriff of Maricopa County, Arizona,<br><br>    Defendants. | No. 2:12-cv-00981-ROS<br><br>UNITED STATES' REPLY TO DEFENDANTS' RESPONSES TO THE UNITED STATES' MOTION TO STAY |

    Neither defendant opposes the United States' motion to stay all proceedings in this case, except those relating to the Joint Motion to Approve Settlement Agreement, pending the United States' Motion to Intervene in *Melendres v. Arpaio*. For the reasons set out in the United States' Motion to Stay, the Court should grant the requested stay.

    Notwithstanding its expressed lack of any objection to the United States' motion to stay, the County reiterates its position, first expressed in the parties' Joint Statement Regarding Any Remaining Issues for Trial (Doc. 394), that it seeks a trial on the issue of the County's "powers over the Sheriff . . . ." Doc. 401, at 2 (County's Response to United States' Motion to Stay). As fully set out in the United States' portion of the Joint

Statement Regarding Any Remaining Issues for Trial, no issues remain for trial.  The United States will seek relief only to the extent warranted by the Court's June 15, 2015 grant of summary judgment in favor of the United States.  And if intervention is granted, the United States will not seek further remedial orders in this case, except as to enforcement of the July 17 Settlement Agreement, per the parties' July 17, 2015 Joint Motion to Approve Settlement Agreement.  Any question concerning the County's "powers over the Sheriff" is a question of law, which the Court already has resolved in its Order on the motions for summary judgment, *see* Order, Doc. 379, at 15-20, and, previously, in denying the County's motion to dismiss, *see* Order, Doc. 73 (denying County's motion to reconsider); County's Motion for Reconsideration, Doc. 59.  No factual disputes remain to be resolved by trial.

        Respectfully submitted,

        Mark Kappelhoff
        Deputy Assistant Attorney General
        Civil Rights Division

        Judy Preston
        Acting Chief
        Special Litigation Section

        Timothy D. Mygatt
        Special Counsel

        /s/ Edward G. Caspar
        Edward G. Caspar (MA Bar No. 650566)
        Special Counsel
        Jennifer L. Mondino (NY Bar No. 4141636)
        Paul Killebrew (LA Bar No. 32176)
        Puneet Cheema (CA Bar No. 268677)
        Matthew J. Donnelly (IL No. 6281308)
        Trial Attorneys
        U.S. Department of Justice
        Civil Rights Division- PHB
        950 Pennsylvania Avenue, NW
        Washington, D.C. 20530
        Tel. (202) 514-2000/Fax (202) 514-6273

edward.g.caspar@usdoj.gov

ATTORNEYS FOR THE UNITED STATES

CERTIFICATE OF SERVICE

I certify that on or about July 27, 2015, I used the Court's CM/ECF system to serve a true and correct copy of the foregoing filing on counsel of record.

  /s/  Edward G. Caspar
EDWARD G. CASPAR