1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8
9   United States of America,

10                         Plaintiff,

11   v.

12   Maricopa, County of, et al.,

13                         Defendants.

14

**NO. CV-12-00981-PHX-ROS**

**AMENDED JUDGMENT**

**IN A CIVIL CASE**

15
16
17   **Decision by Court.**  This action came for consideration before the Court.  The issues

18   have been considered and a decision has been rendered.

19
20           IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed

21   November 6, 2015, amended judgment is entered as follows:

22           IT IS ORDERED AND ADJUDGED judgment is entered in favor of plaintiff

23   United States on the portions of Counts One, Three, and Five based on the

24   unconstitutional discrimination found in *Melendres v. Arpaio*, CV-07-2513-PHX-GMS

25   (D. Ariz.). The portions of Counts One, Three, and Five not based on the unconstitutional

26   discrimination found in *Melendres v. Arpaio*, CV-07-2513-PHX-GMS (D. Ariz.) are

27   DISMISSED WITH PREJUDICE.

28

Counts Two and Six are DISMISSED WITH PREJUDICE.

Brian D. Karth
District Court Executive/Clerk of Court

November 6, 2015

By    s/ Leann Dixon
Deputy Clerk