1    William R. Jones, Jr., Bar #001481
     John T. Masterson, Bar #007447
2    Joseph J. Popolizio, Bar #017434
     Justin M. Ackerman, Bar #030726
3    JONES, SKELTON & HOCHULI, P.L.C.
     2901 North Central Avenue, Suite 800
4    Phoenix, Arizona 85012
     Telephone: (602) 263-1700
5    Fax: (602) 200-7801
     wjones@jshfirm.com
6    jmasterson@jshfirm.com
     jpopolizio@jshfirm.com
7    jackerman@jshfirm.com

8    Attorneys for Defendant Joseph M. Arpaio

9

10                **UNITED STATES DISTRICT COURT**

                     **DISTRICT OF ARIZONA**
11

12    United States of America,               NO. CV12-00981-PHX-ROS

13                    Plaintiff,    **Affidavit of Lt. Brian Stutsman**

14        v.

15    Maricopa County, Arizona; Maricopa County
     Sheriff's Office; and Joseph M. Arpaio, in his
     official capacity as Sheriff of Maricopa
16    County, Arizona,

17                    Defendants.

18

19            STATE OF ARIZONA      )

20                              ) ss.

21           County of Maricopa      )

22             Lieutenant Brian Stutsman, being first duly sworn, deposes and states as follows:

23              1.      I am over the age of 18 years, am competent to testify to the matters

24    set forth in this Affidavit, and make this Affidavit from my own personal knowledge.

25              2.      As a lieutenant of the Maricopa County Sheriff's Office ("MCSO"), I

26    have been assigned to oversee implementation of MCSO's new policies and procedures.

27

28

     4550712.1
     10/15/15

3.      I have been employed by MCSO for approximately twenty-one (21) years. I have held various positions and ranks in the detention and law enforcement facets of MCSO.

4.      As a result of my experience and employment with MCSO, I am competent to testify to the matters herein.

5.      On September 16, 2015 a briefing board was sent out to all MCSO office personnel containing the agreed on Anti-Retaliation policy (CP-11) pursuant to the settlement agreement entered into between the United States and Sheriff Arpaio in his official capacity as Sheriff of Maricopa County, Arizona. [*See* **Exhibit 1**, Briefing Board Regarding Policy CP-11; **Exhibit 2**, Policy CP-11, Anti-Retaliation].

6.      MCSO personnel are required to sign into an online program (E-Policy) to demonstrate that they have acknowledged receipt of and reviewed new policies issued by MCSO, including CP-11.

7.      As of October 15, 2015, 100% of MCSO compensated personnel have acknowledged receipt and review of CP-11.[1]

FURTHER AFFIANT SAYETH NAUGHT.

_____ 1/62
Brian Stutsman

SUBSCRIBED AND SWORN to before me, the undersigned Notary Public, on this 15th day of October, 2015, by Brian Stutsman.

_____
Notary Public

My Commission Expires:

**SHELLEY COFFEY**
Notary Public - Arizona
Maricopa County
Expires 04/19/2017

4-19-17

---

[1] MCSO staff has informed undersigned that some MCSO personnel have not yet completed review of CP-11 due to those on FMLA leave and vacation. In addition, there are still 10 reserve members and 134 posse/volunteers who are currently being tracked down to review and acknowledge CP-11. MCSO continues to monitor these employees to ensure review and compliance of CP-11.

4550712.1
10/15/15

# EXHIBIT 1



Joseph M. Arpaio, Sheriff

# *The Briefing Board*

### Number 15-22
### September 16, 2015

---

## NEW POLICY

All employees, posse members, and reserve deputy sheriffs are **required** to read the Policy to ensure they are familiar with the new Policy that has been published. Employees and volunteers are **required** to log into E-Policy at http://epolicy.mcso.org to review and acknowledge an understanding of the Policy no later than **September 25, 2015.**

## CP-11, ANTI-RETALIATION

Effective immediately, the following Policy has been published. The Policy has been posted to the LAN Policy Folder, which may be found on the "U" drive. The hyperlink provided will take personnel directly to the new Policy.

**NEW POLICY:**

- CP-11, *Anti-Retaliation*



CP-11,
Anti-Retaliation.doc

In addition to the "U" drive, personnel may access policy on E-Policy and at their division via the paper copy of the all-inclusive Policy Manual.

Division commanders are responsible for ensuring that a copy of the new Policy is printed at the division level and placed into the all-inclusive Policy Manual(s). If a copy cannot be obtained from the "U" drive, please contact Lieutenant Brian Stutsman at (602) 876-5496 in the Policy Section. Questions regarding E-Policy can be directed to the Training Division at (602) 876-1889.

---

# EXHIBIT 2

| ☒ | **MARICOPA COUNTY SHERIFF'S OFFICE** | |
|---|---|---|
| | **Policy & Procedure**   Joseph M. Arpaio – Sheriff | |
| | **Subject**<br><br>**ANTI-RETALIATION** | **Policy Number**<br>**CP-11**<br>**Effective Date**<br>**09-16-15** |
| **Related Information** | **Supersedes**<br>**CRITICAL POLICY** | |

**PROCEDURES**

1.   It is the policy of the Maricopa County Sheriff's Office to respect the First Amendment rights of all individuals. MCSO personnel will not take action against any individual in retaliation for any individual's lawful expression of opinions in the exercise of the First Amendment right to the freedom of speech.