IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 2:12-cv-00981-ROS |
| Plaintiff, | |
| v. | **ORDER** |
| Maricopa County, Arizona; and Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona, | |
| Defendants. | |

The Court having considered the Parties' Joint Motion for Termination of Settlement Agreement,

IT IS ORDERED, on this _____ day of _____, 2019:

1.  That the Joint Motion for Termination of Settlement Agreement is GRANTED;

2.  That the Settlement Agreement, Doc. 417, is TERMINATED; and

3.  That the Clerk of this Court transmit a copy of this Order to all parties and counsel of record.